# EXHIBIT F

BARNES & THORNBURG LLP

11 S. Meridian Street
Indianapolis, IN 46204-3535
317-236-1313
317-231-7433 (Fax)

www.btlaw.com

Edward A. Keirn
(317) 231-7273
edward.keirn@btlaw.com

Certified Article Number
9414 7266 9904 2019 4819 43
SENDERS RECORD

May 22, 2015

***VIA CERTIFIED U.S. MAIL AND FIRST CLASS U.S. MAIL***

Theresa Nelson
c/o Consumer Law Office of Steve Hofer
Attn: Steven R. Hofer
8888 Keystone Crossing, Suite 1300
Indianapolis, IN 46240

Theresa Nelson
c/o Morgan & Morgan, Tampa, P.A.
Attn: Amanda Allen
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

Certified Article Number
9414 7266 9904 2019 4819 81
SENDERS RECORD

RE: Delinquent Savings and Checking Accounts

Dear Ms. Nelson,

FORUM Credit Union ("FORUM") has retained this law firm to pursue outstanding amounts from you related to your overdrawn savings account (ending in 7190) and checking account (ending in 2304). Specifically, you have failed and/or refused to make payments due as required under FORUM's standard Membership Agreement and Disclosures (as renewed, amended, restated, replaced, supplemented or otherwise modified from time to time, the "Contract"). (If you do not have a copy of the Contract, please let us know and we will send you a copy.) The current amount due and owing on your savings account is $273.53. The current amount due and owing on your checking account is $952.32. A breakdown of these unpaid balances is reflected in Exhibit A attached hereto.

In summary, as of today, you owe FORUM a total of $1,225.85, for which demand is hereby made. However, should we file suit against you in order to collect this debt, paragraph 33 of the Contract clearly provides that FORUM will be entitled to payment of its reasonable attorney's fees and costs. Accordingly, because of subsequently accruing attorney's fees and costs and possibly other charges permitted or authorized by applicable law and accruing after the date hereof, the amount which you may eventually be obligated to pay in order to satisfy this debt may be greater than $1,225.85. If you pay the $1,225.85 and the actual amount which you owe on the date your payment is received is greater than $1,225.85, either I or FORUM will inform you of any increased amount before depositing your check for collection.

**NOTICE: This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

*Unless you notify us within thirty (30) days after receiving this letter that you dispute this debt or any portion of it, we will assume the debt to be valid. If you notify us in writing within the thirty (30) day period that the debt or any portion of it is disputed, we will obtain verification of the debt or a copy of a judgment against you and mail you a copy of such verification or judgment. Further, upon your written request within the same thirty (30) day period, we will provide to you the name and address of the original creditor, if different from the current creditor. The law does not require us to wait until the end of the thirty (30) day period before suing you to collect this debt. If, however, you notify us in writing within the thirty (30) day period that you dispute the debt or any portion of it or you make a written request for the name and address of the original creditor within the thirty (30) day period, the law requires us to suspend our collection efforts (through litigation or otherwise) until we mail you the information or documentation to which you are entitled.*

As stated above, the law does not require this law firm to wait until the end of the thirty (30) day period before filing suit against you to collect this debt. Therefore, on Tuesday, May 26, 2015, we will be filing an *Answer to Complaint, Affirmative Defenses, and Counterclaim* (the "Counterclaim") in Case No. 1:15-cv-00485-TWP-MJD currently pending in the United States District Court for the Southern District of Indiana, Indianapolis Division, in which we will be seeking collection of the debt described herein. The Counterclaim will be deemed filed as of that date. The advice in this letter pertains to your dealings with this law firm as a debt collector. It does not affect your dealings with the court, and in particular it does not change the time at which you must answer the Counterclaim, even if you dispute the validity or amount of the debt. The advice in this letter also does not affect my relations with the court. As a lawyer, I may file papers in the suit according to the court's rules and the judge's instructions. If, however, you request proof of the debt or the name and address of the original creditor within the thirty (30) day period that begins with your receipt of this letter, the law requires me to suspend my efforts (through litigation or otherwise) to collect the debt until I mail the requested information to you.

Please mail or deliver to the undersigned at the address for this law firm shown above your check in the amount of $1,225.85 made payable to the order of "FORUM Credit Union" Subject to your specific legal rights set forth in this letter *in italics* (above), your prompt payment of this debt is expected. We look forward to receiving your check. Please feel free to contact me directly if you have any questions regarding the foregoing. You can reach me at (317) 231-7273 or at (800) 753-5139, extension 7273.

Sincerely,

Edward A. Keirn

Edward A. Keirn, Esq.

**NOTICE: This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

FORUM CREDIT UNION
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

FORUM CREDIT UNION

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| [redacted] | 1 |
| 01OCT11 | 31OCT11 |
| FROM | TO |
| STATEMENT PERIOD | |

AWARE E-STMT

Thank you for being a FORUM member!
Visit us at www.forumcu.com for
special offers in November!

TERELL WADE WHEELER
THERESA NELSON
[redacted]
INDIANAPOLIS IN [redacted]

SHARE SAVINGS Suffix 0

| | Description | Amount | | Balance |
|---|---|---|---|---|
| | Your balance at the beginning of the period..................$ | | | 615.77 |
| 01OCT | WITHDRAWAL 6665 E 21ST ST INDIANAPOLIS INUS Trace #5538015 | -610.00 | = | 5.77 |
| 03OCT | WITHDRAWAL-ACH FEE(S) | -34.00 | = | -28.23 |
| 03OCT | WITHDRAWAL-Fee 03OCT NSF Multi-Use Fee. YTD Count: 5. 1 @ $4.00 | -4.00 | = | -32.23 |
| 06OCT | DEPOSIT-ACH-33 LA FITNESS INTL (PAYROLL) | 98.10 | = | 65.87 |
| 06OCT | WITHDRAWAL-ACH-A-FEE Payday Loan Yes (RETURN FEE) | -12.00 | = | 53.87 |
| 06OCT | WITHDRAWAL-ACH FEE(S) | -34.00 | = | 19.87 |
| 06OCT | WITHDRAWAL CU Online Transaction Trace #7009163661 Transfer "STS" 14.87 to account ****304 share 8 | -14.87 | = | 5.00 |
| 06OCT | WITHDRAWAL-Fee 06OCT NSF Multi-Use Fee. YTD Count: 6. 1 @ $5.00 | -5.00 | = | 0.00 |
| 07OCT | WITHDRAWAL-ACH FEE(S) | -102.00 | = | -102.00 |
| 07OCT | WITHDRAWAL-Fee 07OCT NSF Multi-Use Fee. YTD Count: 7. 1 @ $5.00 | -5.00 | = | -107.00 |
| 07OCT | WITHDRAWAL-Fee 07OCT NSF Multi-Use Fee. YTD Count: 8. 1 @ $5.00 | -5.00 | = | -112.00 |
| 07OCT | WITHDRAWAL-Fee 07OCT NSF Multi-Use Fee. YTD Count: 9. 1 @ $5.00 | -5.00 | = | -117.00 |
| 12OCT | WITHDRAWAL-Fee 12OCT Negative Account Fee. Count: 5. 1 @ $5.00 | -5.00 | = | -122.00 |
| 13OCT | WITHDRAWAL-ACH FEE(S) | -34.00 | = | -156.00 |
| 13OCT | WITHDRAWAL-Fee 13OCT NSF Multi-Use Fee. YTD Count: 10. 1 @ $5.00 | -5.00 | = | -161.00 |
| 14OCT | WITHDRAWAL-ACH FEE(S) | -34.00 | = | -195.00 |
| 14OCT | WITHDRAWAL-Fee 14OCT NSF Multi-Use Fee. YTD Count: 11. 1 @ $5.00 | -5.00 | = | -200.00 |
| 17OCT | WITHDRAWAL-Fee 17OCT Negative Account Fee. Count: 10. 1 @ $10.00 | -10.00 | = | -210.00 |
| 17OCT | WITHDRAWAL-ACH FEE(S) | -34.00 | = | -244.00 |
| 17OCT | WITHDRAWAL-Fee 17OCT NSF Multi-Use Fee. YTD Count: 12. 1 @ $5.00 | -5.00 | = | -249.00 |
| 20OCT | DEPOSIT-ACH-33 LA FITNESS INTL (PAYROLL) | 150.46 | = | -98.54 |
| 22OCT | WITHDRAWAL-Fee 22OCT Negative Account Fee. Count: 15. 1 @ $15.00 | -15.00 | = | -113.54 |
| 27OCT | WITHDRAWAL-Fee 27OCT Negative Account Fee. Count: 20. 1 @ $20.00 | -20.00 | = | -133.54 |
| | Your new balance on 31OCT11.................................$ | | | -133.54 |

Total Return Item Fees Year-to-Date: $455.00
Total Return Item Fees For OCT2011: $311.00
Dividends Paid To You In 2011 On Suffix 0 $ 0.00

Your Financial Summary — Your total SAVINGS balances..............................$ -133.54

YTD Tax Summary — YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS as interest for this calendar year)..$ 0.00

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

EXHIBIT A

PENGAD 800-631-6989

FORUM CREDIT UNION
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

FORUM CREDIT UNION

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| [redacted] | 1 |

| 01NOV11 | 30NOV11 |
|---|---|
| FROM | TO |
| STATEMENT PERIOD | |

AWARE E-STMT

TERELL WADE WHEELER
THERESA NELSON
[redacted]
INDIANAPOLIS IN [redacted]

Come celebrate FORUM's 70th Anniversary with us! Stop by any branch location on December 7 between 9:30 am and 5:00 pm for snacks and refreshments. Plus, you can enter to win $70! Visit www.forumcu.com for 70 Days of Giveaways beginning December 7!

```
SHARE        Your balance at the beginning of the period.................$        -133.54
SAVINGS       03NOV   WITHDRAWAL-ACH FEE(S)                    -136.00 =       -269.54
Suffix 0      03NOV   WITHDRAWAL-Fee                             -5.00 =       -274.54
                03NOV NSF Multi-Use Fee. YTD Count: 13. 1 @ $5.00
              03NOV   WITHDRAWAL-Fee                             -5.00 =       -279.54
                03NOV NSF Multi-Use Fee. YTD Count: 14. 1 @ $5.00
              03NOV   WITHDRAWAL-Fee                             -5.00 =       -284.54
                03NOV NSF Multi-Use Fee. YTD Count: 15. 1 @ $5.00
              03NOV   WITHDRAWAL-Fee                             -5.00 =       -289.54
                03NOV NSF Multi-Use Fee. YTD Count: 16. 1 @ $5.00
              04NOV   DEPOSIT-ACH-33                            133.01 =       -156.53
                LA FITNESS INTL (PAYROLL)
             Your new balance on 30NOV11.................................$        -156.53
             Total Return Item Fees Year-to-Date: $611.00
             Total Return Item Fees For NOV2011: $156.00
             Dividends Paid To You In 2011 On Suffix 0          $       0.00
=========================================================================================
Your         Your total SAVINGS balances.................................$        -156.53
Financial
Summary

YTD Tax      YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Summary      Total non-IRA dividends earned
             (May be reported to IRS as interest for this calendar year)..$          0.00
```

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

**FORUM CREDIT UNION**
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

**FORUM**
CREDIT UNION

SEND ALL INQUIRES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 450
FISHERS, IN 46038-0450

| ACCOUNT NUMBER | PAGE |
|---|---|
|  ██████████ | 1 |

| | 01DEC11 | 31DEC11 |
|---|---|---|
| AWARE E-STMT | FROM | TO |
| | STATEMENT PERIOD | |

TERELL WADE WHEELER
THERESA NELSON
████████████████████
INDIANAPOLIS IN  ████████████

Please be sure to read FORUM's
updated Account Disclosures booklet,
included with your December
statement.

```
SHARE        Your balance at the beginning of the period.................$       -156.53
SAVINGS       02DEC  WITHDRAWAL-ACH FEE(S)                  -102.00  =       -258.53
Suffix 0      02DEC  WITHDRAWAL-Fee                            -5.00  =       -263.53
                02DEC NSF Multi-Use Fee. YTD Count: 17. 1 @ $5.00
              02DEC  WITHDRAWAL-Fee                            -5.00  =       -268.53
                02DEC NSF Multi-Use Fee. YTD Count: 18. 1 @ $5.00
              02DEC  WITHDRAWAL-Fee                            -5.00  =       -273.53
                02DEC NSF Multi-Use Fee. YTD Count: 19. 1 @ $5.00

              Your new balance on 31DEC11....................$       -273.53
              Total Return Item Fees Year-to-Date: $728.00
              Total Return Item Fees For DEC2011: $117.00
              Dividends Paid To You In 2011 On Suffix 0      $       0.00

              Attention IRA owners:  The fair market value (FMV) of
              your IRA at the end of 2011 is being reported to the
              Internal Revenue Service.
```

```
Your         Your total SAVINGS balances...................................$       -273.53
Financial
Summary
```

```
YTD Tax      YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Summary       Total non-IRA dividends earned
              (May be reported to IRS as interest for this calendar year)..$       0.00
```

**MEMBER STATEMENT OF ACCOUNT**

*     ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

**FORUM CREDIT UNION**
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

**FORUM** CREDIT UNION

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| [redacted] | 1 |

18 E-STMT

| 01OCT10 | 31OCT10 |
|---|---|
| FROM | TO |
| STATEMENT PERIOD | |

Need help with this year's wish list? Check out our low rate MoneyLine Loan! You can use it to pay for gifts, travel, dinners, and more. Visit www.forumcu.com or call 317.558.6000.

THERESA NELSON
[redacted]
INDIANAPOLIS IN [redacted]

```
SHARE      Your balance at the beginning of the period.................$          5.00
SAVINGS     06OCT   DEPOSIT-ACH-33                              20.00 =        25.00
Suffix 0      LA FITNESS INTL (PAYROLL)
            06OCT   WITHDRAWAL                                 -20.00 =         5.00
              CU Online Transaction  Trace #517265419
              Transfer "STS" 20.00 to account ****190 share 0
            08OCT   DEPOSIT -From club account ****304-1        75.52 =        80.52
            12OCT   WITHDRAWAL                                 -75.00 =         5.52
              CU Online Transaction  Trace #1108402435
              Transfer "STS" 75.00 to account ****190 share 0
            14OCT* WITHDRAWAL                                   -0.52 =         5.00
              Overdraft transfer to ****304-S2
            21OCT   DEPOSIT-ACH-33                              20.00 =        25.00
              LA FITNESS INTL (PAYROLL)
            22OCT   WITHDRAWAL                                 -20.00 =         5.00
              CU Online Transaction  Trace #2108460410
              Transfer "STS" 20.00 to account ****190 share 0
           Your new balance on 31OCT10.................................$          5.00
           Dividends Paid To You In 2010 On Suffix 0          $       0.00
===================================================================================
SANTA      Your balance at the beginning of the period.................$         50.52
SAVINGS     06OCT   DEPOSIT-ACH-33                              25.00 =        75.52
Suffix 1      LA FITNESS INTL (PAYROLL)
            08OCT   WITHDRAWAL Transferred to ****304-0        -75.52 =         0.00
            21OCT   DEPOSIT-ACH-33                              25.00 =        25.00
              LA FITNESS INTL (PAYROLL)
           Your new balance on 31OCT10.................................$         25.00
           Dividends Paid To You In 2010 On Suffix 1          $       0.05
===================================================================================
INT REW    No. 2082304.  Balance at the beginning of the period........$       -496.79
CHECKING   Additions and miscellaneous withdrawals:
Suffix 2    01OCT   DEPOSIT                                    694.00
              CU Online Transaction  Trace #12283841
              Transfer "STD" 694.00 from account ****190 share 0
            01OCT   WITHDRAWAL                                 -29.28
              5912_WALGREEN COMPA 3003 N KESSLER BLV INDIANAPOLIS INUS
              Trace #605127
            01OCT* WITHDRAWAL                                  -30.00
              5542_BP/AMPM #34 QPS BP/AMPM #34 LAWRENCE INUS  Trace
              #342032
            02OCT* WITHDRAWAL                                   -3.38
              5814_WHITE CASTLE 05004 WHITE CASTLE 0500 INDIANAPOLIS INUS
              Trace #529611
            02OCT* WITHDRAWAL                                   -8.62
              5411_KROGER #001 INDIANAPOLIS INUS  Trace #208054
            02OCT* WITHDRAWAL                                  -15.79
              5912_CVS PHARMACY #6549 INDIANAPOLIS INUS  Trace #243889
            02OCT* WITHDRAWAL                                   -5.77
              5542_BROWN HEN CITGO INDIANAPOLIS INUS  Trace #233883
            04OCT   DEPOSIT                                    120.00
              FORUM CU 6501 N. COLLEGE AV INDIANAPOLIS INUS  Trace #3155
            04OCT* WITHDRAWAL                                  -49.99
              5942_AMAZON MKTPLACE PMTS AMAZON MKTPLACE PM
              AMZN.COM/BILLWAUS  Trace #729262
            04OCT* WITHDRAWAL                                  -50.00
              5965_FINGERHUT PAYMENTS 800-2082500 MNUS  Trace #393998
            05OCT   DEPOSIT                                     50.00
```

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

** Continued on page 2. Financial and Tax Summary on last page **

FORUM CREDIT UNION
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

FORUM CREDIT UNION

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| | 2 |
| 01OCT10 | 31OCT10 |
| FROM | TO |
| STATEMENT PERIOD | |

THERESA NELSON

INDIANAPOLIS IN

```
   06OCT A-33 [P]...Amt: 213.42 LA FITNESS INTL (PAYROLL)
   06OCT ACH-33 to ****190-S0   20.00 06OCT2010
06OCT    DEPOSIT-ACH-33 LA FITNESS INTL (PAYROLL)          148.42
06OCT    WITHDRAWAL                                       -220.00
   CU Online Transaction   Trace #519485943
   Transfer "DTS" 220.00 to account ****190 share 0
07OCT    WITHDRAWAL O/D PRIV FEE, 34.00                    -34.00
   07OCT Even though funds were not available in this account
         a
         t the time this item was presented, as a courtesy to you, FORUM pa
07OCT    WITHDRAWAL-Fee                                     -5.00
   07OCT ODH Multi-Use Fee. YTD Count: 28. 1 @ $5.00
12OCT    WITHDRAWAL-Fee                                     -5.00
   12OCT Negative Account Fee. Count: 5. 1 @ $5.00
14OCT*   WITHDRAWAL                                        -73.40
   7999_ZUMBA FITNESS HOLLYWOOD FLUS   Trace #566329
14OCT*   DEPOSIT                                             0.52
   Overdraft transfer from ****304-S0
14OCT*   WITHDRAWAL O/D PRIV FEE, 34.00                    -34.00
   16OCT Even though funds were not available in this account
         a
         t the time this item was presented, as a courtesy to you, FORUM pa
16OCT    WITHDRAWAL-Fee                                     -5.00
   16OCT ODH Multi-Use Fee. YTD Count: 29. 1 @ $5.00
17OCT    WITHDRAWAL-Fee                                    -10.00
   17OCT Negative Account Fee. Count: 10. 1 @ $10.00
16OCT*   WITHDRAWAL                                        -58.40
   7999_ZUMBA FITNESS HOLLYWOOD FLUS   Trace #769128
16OCT*   WITHDRAWAL O/D PRIV FEE, 34.00                    -34.00
   18OCT Even though funds were not available in this account
         a
         t the time this item was presented, as a courtesy to you, FORUM pa
18OCT    WITHDRAWAL-Fee                                     -5.00
   18OCT ODH Multi-Use Fee. YTD Count: 30. 1 @ $5.00
   21OCT A-33 [P]...Amt: 175.01 LA FITNESS INTL (PAYROLL)
   21OCT ACH-33 to ****190-S0   20.00 21OCT2010
21OCT    DEPOSIT-ACH-33 LA FITNESS INTL (PAYROLL)          110.01
22OCT    WITHDRAWAL-Fee                                    -15.00
   22OCT Negative Account Fee. Count: 15. 1 @ $15.00
23OCT    WITHDRAWAL                                        -23.85
   6051_PAYPAL *CVJETI 2211 North First S San Jose CAUS   Trace
   #43033759
23OCT    WITHDRAWAL O/D PRIV FEE, 34.00                    -34.00
   23OCT Even though funds were not available in this account
         a
         t the time this item was presented, as a courtesy to you, FORUM pa
23OCT    WITHDRAWAL-Fee                                     -5.00
   23OCT ODH Multi-Use Fee. YTD Count: 31. 1 @ $5.00
24OCT*   WITHDRAWAL                                        -79.00
   5968_Amazon Prime 866-557-2820 NVUS   Trace #531763
24OCT*   WITHDRAWAL O/D PRIV FEE, 34.00                    -34.00
   25OCT Even though funds were not available in this account
         a
         t the time this item was presented, as a courtesy to you, FORUM pa
25OCT    WITHDRAWAL-Fee                                     -5.00
   25OCT ODH Multi-Use Fee. YTD Count: 32. 1 @ $5.00
27OCT    WITHDRAWAL-Fee                                    -20.00
   27OCT Negative Account Fee. Count: 20. 1 @ $20.00
```

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

** Continued on page 3. Financial and Tax Summary on last page **

FORUM CREDIT UNION
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

FORUM CREDIT UNION

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| [redacted] | 3 |
| 01OCT10 FROM | 31OCT10 TO |
| STATEMENT PERIOD | |

THERESA NELSON
[redacted]
INDIANAPOLIS IN [redacted]

```
28OCT  WITHDRAWAL S/D RETURN DRAFT FEE, 34.00           -34.00
28OCT  WITHDRAWAL-Fee                                    -2.00
  28OCT NSF Multi-Use Fee. YTD Count: 2. 1 @ $2.00
31OCT  DIVIDEND through 31OCT2010                         0.03
  ANNUAL PERCENTAGE YIELD EARNED:    2.18% FOR A 31 DAY PERIOD
  Average Daily Balance:              16.39
```

Drafts

| ITEM | AMOUNT | DATE | ITEM | AMOUNT | DATE |
|---|---|---|---|---|---|
| 226 | 80.00 | 04OCT | 229* | 569.00 | 07OCT |

(* next to number indicates skipped numbers)

31 Withdrawals = 1577.48 7 Deposits = 1122.98 2 Checks Cleared
Your new balance on 31OCT10.......................................$ -951.29

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Item Fees | 195.00 | 1235.00 |
| Total Overdraft Protection Transfer Fees | 0.00 | 15.00 |
| Total Return Item Fees | 36.00 | 70.00 |

Dividends Paid To You In 2010 On Suffix 2 $ 6.03

Your Financial Summary
Your total CHECKING balances.................................$ -951.29
Your total SAVINGS balances..................................$ 30.00

YTD Tax Summary
YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS as interest for this calendar year)..$ 6.08

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.



**FORUM CREDIT UNION**
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

FORUM CREDIT UNION

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| [redacted] | 1 |

| FROM | TO |
|---|---|
| 01NOV10 | 30NOV10 |
| STATEMENT PERIOD | |

18 E-STMT

Effective Feb. 1, 2011, we are changing the payment order of checks from dollar amount order to sequential check number order from lowest to highest.

THERESA NELSON
[redacted]
INDIANAPOLIS IN [redacted]

```
SHARE      Your balance at the beginning of the period.................$          5.00
SAVINGS     04NOV   DEPOSIT-ACH-33                              20.00 =         25.00
Suffix 0      LA FITNESS INTL (PAYROLL)
            04NOV   WITHDRAWAL                                 -20.00 =          5.00
              CU Online Transaction  Trace #3416182752
              Transfer "STS" 20.00 to account ****190 share 0
            19NOV   DEPOSIT-ACH-33                              20.00 =         25.00
              LA FITNESS INTL (PAYROLL)
            23NOV   WITHDRAWAL                                 -20.00 =          5.00
              CU Online Transaction  Trace #5307451658
              Transfer "STS" 20.00 to account ****190 share 0
           Your new balance on 30NOV10.................................$          5.00
           Dividends Paid To You In 2010 On Suffix 0         $       0.00
================================================================================
SANTA      Your balance at the beginning of the period.................$         25.00
SAVINGS     04NOV   DEPOSIT-ACH-33                              25.00 =         50.00
Suffix 1      LA FITNESS INTL (PAYROLL)
            06NOV   WITHDRAWAL                                 -40.00 =         10.00
            06NOV   WITHDRAWAL EARLY SANTA WD                  -10.00 =          0.00
            19NOV   DEPOSIT-ACH-33                              25.00 =         25.00
              LA FITNESS INTL (PAYROLL)
           Your new balance on 30NOV10.................................$         25.00
           Dividends Paid To You In 2010 On Suffix 1         $       0.05
================================================================================
INT REW    No. 2082304.  Balance at the beginning of the period........$       -951.29
CHECKING   Additions and miscellaneous withdrawals:
Suffix 2    02NOV   WITHDRAWAL S/D RETURN DRAFT FEE, 34.00        -34.00
            02NOV   WITHDRAWAL S/D RETURN DRAFT FEE, 34.00        -34.00
            02NOV   WITHDRAWAL-Fee                                 -2.00
              02NOV NSF Multi-Use Fee. YTD Count: 3. 1 @ $2.00
            02NOV   WITHDRAWAL-Fee                                 -4.00
              02NOV NSF Multi-Use Fee. YTD Count: 4. 1 @ $4.00
            03NOV   DEPOSIT                                       448.00
              CU Online Transaction  Trace #3312365254
              Transfer "STD" 448.00 from account ****190 share 0
              04NOV A-33 [P]...Amt: 155.78 LA FITNESS INTL (PAYROLL)
              04NOV ACH-33 to ****190-S0  20.00 04NOV2010
            04NOV   DEPOSIT-ACH-33 LA FITNESS INTL (PAYROLL)       90.78
            04NOV   DEPOSIT                                       500.00
              FORUM CU 8201 E. WASHINGTON INDIANAPOLIS INUS  Trace #4197
            05NOV   DEPOSIT                                        40.00
              CU Online Transaction  Trace #3508205194
              Transfer "STD" 40.00 from account ****190 share 0
            05NOV   WITHDRAWAL                                    -50.00
              5965_FINGERHUT PAYMENTS 800-2082500 MNUS  Trace #883560
            05NOV   WITHDRAWAL O/D PRIV FEE, 34.00                -34.00
              05NOV Even though funds were not available in this account
                    a
                    t the time this item was presented, as a courtesy to you, FORUM pa
            05NOV   DEPOSIT-odp fee re rev odp fee                 34.00
            05NOV   WITHDRAWAL-Fee                                 -5.00
              05NOV ODH Multi-Use Fee. YTD Count: 33. 1 @ $5.00
            09NOV   WITHDRAWAL O/D PRIV FEE, 34.00                -34.00
              09NOV Even though funds were not available in this account
                    a
                    t the time this item was presented, as a courtesy to you, FORUM pa
            09NOV   WITHDRAWAL-Fee                                 -5.00
```

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

** Continued on page 2. Financial and Tax Summary on last page **













FORUM CREDIT UNION
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

FORUM
CREDIT UNION

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| [redacted] | 2 |

| FROM | TO |
|---|---|
| 01NOV10 | 30NOV10 |

STATEMENT PERIOD

THERESA NELSON
[redacted]
INDIANAPOLIS IN [redacted]

```
  09NOV ODH Multi-Use Fee. YTD Count: 34. 1 @ $5.00
10NOV   WITHDRAWAL-Fee                                        -5.00
  10NOV Negative Account Fee. Count: 5. 1 @ $5.00
12NOV   WITHDRAWAL-ACH-A-ATT (Payment)                      -134.31
12NOV   WITHDRAWAL O/D PRIV FEE, 34.00                       -34.00
  12NOV Even though funds were not available in this account
        a
        t the time this item was presented, as a courtesy to you, FORUM pa
12NOV   WITHDRAWAL-Fee                                        -5.00
  12NOV ODH Multi-Use Fee. YTD Count: 35. 1 @ $5.00
15NOV   WITHDRAWAL-Fee                                       -10.00
  15NOV Negative Account Fee. Count: 10. 1 @ $10.00
16NOV   WITHDRAWAL O/D PRIV FEE, 34.00                       -34.00
  16NOV Even though funds were not available in this account
        a
        t the time this item was presented, as a courtesy to you, FORUM pa
16NOV   WITHDRAWAL-Fee                                        -5.00
  16NOV ODH Multi-Use Fee. YTD Count: 36. 1 @ $5.00
16NOV*  WITHDRAWAL                                           -75.08
  4814_SPRINT WIRELESS RESTON VAUS   Trace #21936666
16NOV*  WITHDRAWAL O/D PRIV FEE, 34.00                       -34.00
  17NOV Even though funds were not available in this account
        a
        t the time this item was presented, as a courtesy to you, FORUM pa
17NOV   WITHDRAWAL-Fee                                        -5.00
  17NOV ODH Multi-Use Fee. YTD Count: 37. 1 @ $5.00
17NOV*  WITHDRAWAL                                           -23.45
  7999_ZUMBA FITNESS HOLLYWOOD FLUS   Trace #195267
17NOV*  WITHDRAWAL O/D PRIV FEE, 34.00                       -34.00
  19NOV Even though funds were not available in this account
        a
        t the time this item was presented, as a courtesy to you, FORUM pa
  19NOV A-33 [P]...Amt: 194.22 LA FITNESS INTL (PAYROLL)
  19NOV ACH-33 to ****190-S0  20.00 19NOV2010
19NOV   DEPOSIT-ACH-33 LA FITNESS INTL (PAYROLL)             129.22
19NOV   WITHDRAWAL-Fee                                        -5.00
  19NOV ODH Multi-Use Fee. YTD Count: 38. 1 @ $5.00
20NOV   WITHDRAWAL-Fee                                       -15.00
  20NOV Negative Account Fee. Count: 15. 1 @ $15.00
25NOV   WITHDRAWAL-Fee                                       -20.00
  25NOV Negative Account Fee. Count: 20. 1 @ $20.00
```

Drafts

| ITEM | AMOUNT | DATE | ITEM | AMOUNT | DATE |
|---|---|---|---|---|---|
| 233 | 569.00 | 09NOV | 234 | 7.48 | 16NOV |

(* next to number indicates skipped numbers)

26 Withdrawals = 1217.32   6 Deposits = 1242.00   2 Checks Cleared
Your new balance on 30NOV10..............................$ -926.61

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Item Fees | 234.00 | 1469.00 |
| Total Overdraft Protection Transfer Fees | 0.00 | 15.00 |
| Total Return Item Fees | 74.00 | 144.00 |

Dividends Paid To You In 2010 On Suffix 2   $ 6.03

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

** Continued on page 3. Financial and Tax Summary on last page **

**FORUM CREDIT UNION**
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

FORUM
CREDIT UNION

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| [redacted] | 3 |

| FROM | TO |
|---|---|
| 01NOV10 | 30NOV10 |
| STATEMENT PERIOD | |

THERESA NELSON

INDIANAPOLIS IN [redacted]

Effective December 1, 2010, the interest rate for Interest Rewards Checking is 2.00% APY on balances up to $25,000. Rates subject to change at any time.

| | | |
|---|---|---|
| Your Financial Summary | Your total CHECKING balances................................$ | -926.61 |
| | Your total SAVINGS balances.................................$ | 30.00 |
| YTD Tax Summary | YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:<br>Total non-IRA dividends earned<br>(May be reported to IRS as interest for this calendar year)..$ | 6.08 |

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

FORUM CREDIT UNION
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| [redacted] | 1 |
| FROM: 01DEC10 | TO: 31DEC10 |
| STATEMENT PERIOD | |

18 E-STMT

THERESA NELSON
INDIANAPOLIS IN

This statement is part of a verification mailing conducted by Internal Auditing as required by our regulations. Questions concerning the accuracy of any transaction can be directed to the Internal Auditing Department, P.O. Box 480, Fishers, IN 46038. If your statement is correct, no action is required.

SHARE SAVINGS Suffix 0

```
Your balance at the beginning of the period.................$              5.00
 06DEC   DEPOSIT-ACH-33                               20.00 =          25.00
   LA FITNESS INTL (PAYROLL)
 06DEC   WITHDRAWAL                                  -20.00 =           5.00
   CU Online Transaction   Trace #6615465069
   Transfer "STS" 20.00 to account ****190 share 0

Your new balance on 31DEC10.................................$              5.00
Dividends Paid To You In 2010 On Suffix 0         $       0.00

  Attention IRA owners:  The fair market value (FMV) of
  your IRA at the end of 2010 is being reported to the
  Internal Revenue Service.
```

SANTA SAVINGS Suffix 1

```
Your balance at the beginning of the period.................$             25.00
 06DEC   DEPOSIT-ACH-33                               25.00 =          50.00
   LA FITNESS INTL (PAYROLL)
 21DEC   WITHDRAWAL                                  -50.00 =           0.00
   Transfer 'STS' 50.00 to acct: ****304-2
 31DEC   DIVIDEND through 31DEC2010                    0.01 =           0.01
   ANNUAL PERCENTAGE YIELD EARNED:    0.18% FOR A 92 DAY PERIOD
   Average Daily Balance:              22.05

Your new balance on 31DEC10.................................$              0.01
Dividends Paid To You In 2010 On Suffix 1         $       0.06
```

INT REW CHECKING Suffix 2

```
No. 2082304.  Balance at the beginning of the period........$           -926.61
Additions and miscellaneous withdrawals:
 02DEC   DEPOSIT                                              600.00
   CU Online Transaction   Trace #6208212181
   Transfer "STD" 600.00 from account ****190 share 0
 04DEC   DEPOSIT-cash                                         330.00
   06DEC A-33 [P]...Amt: 175.01 LA FITNESS INTL (PAYROLL)
   06DEC ACH-33 to ****190-S0   20.00 06DEC2010
 06DEC   DEPOSIT-ACH-33 LA FITNESS INTL (PAYROLL)             110.01
 06DEC   WITHDRAWAL                                          -110.00
   CU Online Transaction   Trace #6615472211
   Transfer "DTS" 110.00 to account ****190 share 0
 08DEC   WITHDRAWAL O/D PRIV FEE, 34.00                       -34.00
   08DEC Even though funds were not available in this account
         at the time this item was presented, as a courtesy to
         you, FORUM paid the item in the amount of 569.00.
 08DEC   WITHDRAWAL-Fee                                        -5.00
   08DEC ODH Multi-Use Fee. YTD Count: 39. 1 @ $5.00
 13DEC   WITHDRAWAL-Fee                                        -5.00
   13DEC Negative Account Fee. Count: 5. 1 @ $5.00
 17DEC   WITHDRAWAL-ACH-A-BILL                                -85.00
   SPRINT8006396111 (ACHBILLPAY)
 17DEC   WITHDRAWAL O/D PRIV FEE, 34.00                       -34.00
   17DEC Even though funds were not available in this account
         at the time this item was presented, as a courtesy to
         you, FORUM paid the item in the amount of 85.00.
 17DEC   WITHDRAWAL-Fee                                        -5.00
   17DEC ODH Multi-Use Fee. YTD Count: 40. 1 @ $5.00
 18DEC   WITHDRAWAL-Fee                                       -10.00
   18DEC Negative Account Fee. Count: 10. 1 @ $10.00
 21DEC   DEPOSIT                                               50.00
```

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

** Continued on page 2. Financial and Tax Summary on last page **

**FORUM CREDIT UNION**
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

FORUM CREDIT UNION

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| [redacted] | 2 |

| FROM | TO |
|---|---|
| 01DEC10 | 31DEC10 |

STATEMENT PERIOD

THERESA NELSON
[redacted]
INDIANAPOLIS IN [redacted]

```
    Transfer 'STS' 50.00 from acct: ****304-1
  21DEC   DEPOSIT-nfd                                          10.00
  23DEC   WITHDRAWAL-Fee                                      -15.00
    23DEC Negative Account Fee. Count: 15. 1 @ $15.00
  28DEC   WITHDRAWAL-Fee                                      -20.00
    28DEC Negative Account Fee. Count: 20. 1 @ $20.00

Drafts       ITEM------AMOUNT----DATE----------ITEM------AMOUNT----DATE
               236        569.00    08DEC
                  (* next to number indicates skipped numbers)

           11 Withdrawals = 892.00   5 Deposits = 1100.01   1 Checks Cleared
           Your new balance on 31DEC10...............................$      -718.60
```

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Item Fees | 78.00 | 1547.00 |
| Total Overdraft Protection Transfer Fees | 0.00 | 15.00 |
| Total Return Item Fees | 0.00 | 144.00 |

```
           Dividends Paid To You In 2010 On Suffix 2           $      6.03
==============================================================================
Your       Your total CHECKING balances..............................$   -718.60
Financial  Your total SAVINGS balances...............................$      5.01
Summary

YTD Tax    YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Summary    Total non-IRA dividends earned
           (May be reported to IRS as interest for this calendar year)..$     6.09
```

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

FORUM CREDIT UNION
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

FORUM CREDIT UNION

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| [redacted] | 1 |
| 01JAN11 | 31JAN11 |
| FROM | TO |
| STATEMENT PERIOD | |

18 E-STMT

Enter to win cash while creating better saving and spending habits. Enroll in FORUM's SaveItUp Challenge! Visit www.SaveItUpChallenge.com for details.

THERESA NELSON
[redacted]
INDIANAPOLIS IN [redacted]

SHARE SAVINGS Suffix 0
Your balance at the beginning of the period..................$ 5.00
Your new balance on 31JAN11..................................$ 5.00
Dividends Paid To You In 2011 On Suffix 0 $ 0.00

================================================================

SANTA SAVINGS Suffix 1
Your balance at the beginning of the period..................$ 0.01
Your new balance on 31JAN11..................................$ 0.01
Dividends Paid To You In 2011 On Suffix 1 $ 0.00

================================================================

INT REW CHECKING Suffix 2
No. 2082304. Balance at the beginning of the period........$ -718.60
Additions and miscellaneous withdrawals:

| Date | Description | Amount |
|---|---|---|
| 03JAN | DEPOSIT<br>CU Online Transaction Trace #9414302137<br>Transfer "STD" 696.00 from account ****190 share 0 | 696.00 |
| 03JAN | DEPOSIT<br>FORUM CU 6501 N. COLLEGE AV INDIANAPOLIS INUS Trace #6728 | 110.00 |
| 03JAN* | WITHDRAWAL<br>5942_Amazon.com AMZN.COM/BILLWAUS Trace #477802 | -24.95 |
| 04JAN | WITHDRAWAL<br>5942_AMAZON MKTPLACE PMTS AMAZON MKTPLACE PM<br>AMZN.COM/BILLWAUS Trace #533903 | -48.99 |
| 08JAN | DEPOSIT<br>CU Online Transaction Trace #9908350782<br>Transfer "STD" 100.00 from account ****190 share 0 | 100.00 |
| 10JAN | WITHDRAWAL O/D PRIV FEE, 34.00<br>10JAN Even though funds were not available in this account at the time this item was presented, as a courtesy to you, FORUM paid the item in the amount of 618.74. | -34.00 |
| 12JAN | WITHDRAWAL-ACH-A-DEBIT<br>FINGERHUT DIRECT (FINGERHUT) | -25.00 |
| 12JAN | WITHDRAWAL O/D PRIV FEE, 34.00<br>12JAN Even though funds were not available in this account at the time this item was presented, as a courtesy to you, FORUM paid the item in the amount of 25.00. | -34.00 |
| 11JAN* | WITHDRAWAL<br>7999_ZUMBA FITNESS HOLLYWOOD FLUS Trace #387036 | -66.40 |
| 11JAN* | WITHDRAWAL O/D PRIV FEE, 34.00<br>12JAN Even though funds were not available in this account at the time this item was presented, as a courtesy to you, FORUM paid the item in the amount of 66.40. | -34.00 |
| 12JAN | WITHDRAWAL-Fee<br>12JAN ODH Multi-Use Fee. YTD Count: 2. 1 @ $2.00 | -2.00 |
| 12JAN | WITHDRAWAL-Fee<br>12JAN ODH Multi-Use Fee. YTD Count: 3. 1 @ $2.00 | -2.00 |
| 11JAN* | WITHDRAWAL<br>7999_ZUMBA FITNESS HOLLYWOOD FLUS Trace #406736 | -63.45 |
| 11JAN* | WITHDRAWAL O/D PRIV FEE, 34.00<br>13JAN Even though funds were not available in this account at the time this item was presented, as a courtesy to you, FORUM paid the item in the amount of 63.45. | -34.00 |
| 13JAN | WITHDRAWAL-Fee<br>13JAN ODH Multi-Use Fee. YTD Count: 4. 1 @ $4.00 | -4.00 |
| 12JAN* | WITHDRAWAL<br>7999_ZUMBA FITNESS HOLLYWOOD FLUS Trace #495705 | -63.45 |
| 12JAN* | WITHDRAWAL O/D PRIV FEE, 34.00<br>14JAN Even though funds were not available in this account at the time this item was presented, as a courtesy to you, FORUM paid the item in the amount of 63.45. | -34.00 |

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

** Continued on page 2. Financial and Tax Summary on last page **

**FORUM CREDIT UNION**
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| [redacted] | 2 |

| FROM | TO |
|---|---|
| 01JAN11 | 31JAN11 |

STATEMENT PERIOD

THERESA NELSON
INDIANAPOLIS IN

```
14JAN   WITHDRAWAL-Fee                                            -4.00
  14JAN ODH Multi-Use Fee. YTD Count: 5. 1 @ $4.00
15JAN   WITHDRAWAL-Fee                                            -5.00
  15JAN Negative Account Fee. Count: 5. 1 @ $5.00
20JAN   WITHDRAWAL-Fee                                           -10.00
  20JAN Negative Account Fee. Count: 10. 1 @ $10.00
25JAN   WITHDRAWAL-Fee                                           -15.00
  25JAN Negative Account Fee. Count: 15. 1 @ $15.00
27JAN   WITHDRAWAL-ACH-A-DEBIT                                   -25.00
  FINGERHUT DIRECT (FINGERHUT)
27JAN   WITHDRAWAL O/D PRIV FEE, 34.00                           -34.00
  27JAN Even though funds were not available in this account
        at the time this item was presented, as a courtesy to
        you, FORUM paid the item in the amount of 25.00.
27JAN   WITHDRAWAL-Fee                                            -5.00
  27JAN ODH Multi-Use Fee. YTD Count: 6. 1 @ $5.00
30JAN   WITHDRAWAL-Fee                                           -20.00
  30JAN Negative Account Fee. Count: 20. 1 @ $20.00
```

```
Drafts      ITEM------AMOUNT----DATE----------ITEM------AMOUNT----DATE
            237       618.74    10JAN
              (* next to number indicates skipped numbers)

          23 Withdrawals = 1206.98   3 Deposits = 906.00   1 Checks Cleared
          Your new balance on 31JAN11.............................$    -1019.58
```

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Item Fees | 221.00 | 221.00 |
| Total Overdraft Protection Transfer Fees | 0.00 | 0.00 |
| Total Return Item Fees | 0.00 | 0.00 |

Dividends Paid To You In 2011 On Suffix 2 $ 0.00

```
Your          Your total CHECKING balances.............................$ -1,019.58
Financial     Your total SAVINGS balances..............................$      5.01
Summary

YTD Tax       YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Summary       Total non-IRA dividends earned
              (May be reported to IRS as interest for this calendar year)..$  0.00

Previous      PRIOR YEAR SUMMARY FOR TAX PURPOSES:
Year          Total non-IRA dividends earned
Summary       (May be reported to IRS interest for 2010)...................$  6.09
              1099 OID dividends will be reported for 2010.................$  0.00
```

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

**FORUM CREDIT UNION**
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

FORUM CREDIT UNION

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| [redacted] | 1 |
| 01FEB11 FROM | 28FEB11 TO |
| STATEMENT PERIOD | |

18 E-STMT

THERESA NELSON
[redacted]
INDIANAPOLIS IN [redacted]

It's easy to apply for a FORUM Auto Loan; you can either apply directly with us or get FORUM financing at the dealership. Apply online at www.ForumCU.com, at any FORUM branch location, or by phone at 317.558.6299.

```
SHARE       Your balance at the beginning of the period..................$        5.00
SAVINGS     Your new balance on 28FEB11..................................$        5.00
Suffix 0    Dividends Paid To You In 2011 On Suffix 0         $     0.00
==================================================================================
SANTA       Your balance at the beginning of the period..................$        0.01
SAVINGS     Your new balance on 28FEB11..................................$        0.01
Suffix 1    Dividends Paid To You In 2011 On Suffix 1         $     0.00
==================================================================================
INT REW     No. 2082304.  Balance at the beginning of the period........$    -1019.58
CHECKING    Additions and miscellaneous withdrawals:
Suffix 2      01FEB   WITHDRAWAL-ACH FEE(S)                          -34.00
              01FEB   DEPOSIT                                        600.00
                 CU Online Transaction   Trace #2309442720
                 Transfer "STD" 600.00 from account ****190 share 0
              04FEB   DEPOSIT                                        153.84
                 CU Online Transaction   Trace #2610064317
                 Transfer "STD" 153.84 from account ****190 share 0
              06FEB   DEPOSIT                                        300.00
                 FORUM CU 6501 N. COLLEGE AV INDIANAPOLIS INUS   Trace #6992
              07FEB   WITHDRAWAL-ACH-A-PURCHASE-238                  -39.03
                 INDIIN OFFICEMAX 0851 Direct inquiries to: TELECHK 800-697-
                 9263 (PURCHASE)
              07FEB   WITHDRAWAL O/D PRIV FEE, 34.00                 -34.00
                 07FEB Even though funds were not available in this account
                       at the time this item was presented, as a courtesy to
                       you, FORUM paid the item in the amount of 39.03.
              07FEB   WITHDRAWAL-Fee                                  -5.00
                 07FEB ODH Multi-Use Fee. YTD Count: 7. 1 @ $5.00
              08FEB   WITHDRAWAL O/D PRIV FEE, 34.00                 -34.00
                 08FEB Even though funds were not available in this account
                       at the time this item was presented, as a courtesy to
                       you, FORUM paid the item in the amount of 569.00.
              08FEB   WITHDRAWAL-Fee                                  -5.00
                 08FEB ODH Multi-Use Fee. YTD Count: 8. 1 @ $5.00
              12FEB   WITHDRAWAL-Fee                                  -5.00
                 12FEB Negative Account Fee. Count: 5. 1 @ $5.00
              14FEB   WITHDRAWAL-ACH-A-DEBIT                         -25.00
                 FINGERHUT DIRECT (FINGERHUT)
              14FEB   WITHDRAWAL O/D PRIV FEE, 34.00                 -34.00
                 14FEB Even though funds were not available in this account
                       at the time this item was presented, as a courtesy to
                       you, FORUM paid the item in the amount of 25.00.
              14FEB   WITHDRAWAL-Fee                                  -5.00
                 14FEB ODH Multi-Use Fee. YTD Count: 9. 1 @ $5.00
              17FEB   WITHDRAWAL-Fee                                 -10.00
                 17FEB Negative Account Fee. Count: 10. 1 @ $10.00
              18FEB   WITHDRAWAL-ACH-A-FEE                           -20.00
                 TeleSvcFee (EFT SVCFEE)
              18FEB   WITHDRAWAL O/D PRIV FEE, 34.00                 -34.00
                 18FEB Even though funds were not available in this account
                       at the time this item was presented, as a courtesy to
                       you, FORUM paid the item in the amount of 20.00.
              18FEB   DEPOSIT-nfd                                     77.00
              18FEB   DEPOSIT-cash                                   150.00
              18FEB   WITHDRAWAL-Fee                                  -5.00
                 18FEB ODH Multi-Use Fee. YTD Count: 10. 1 @ $5.00
              18FEB*  WITHDRAWAL                                    -290.51
```

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

** Continued on page 2. Financial and Tax Summary on last page **

FORUM CREDIT UNION
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

FORUM
CREDIT UNION

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| [redacted] | 2 |

| FROM | TO |
|---|---|
| 01FEB11 | 28FEB11 |
| STATEMENT PERIOD | |

THERESA NELSON
[redacted]

```
   3405_ENTERPRISE RENT-A-CAR ENTERPRISE RENT-A- INDIANAPOLIS
   INUS  Trace #382563
18FEB* WITHDRAWAL O/D PRIV FEE, 34.00                      -34.00
   19FEB Even though funds were not available in this account
         at the time this item was presented, as a courtesy to
         you, FORUM paid the item in the amount of 290.51.
19FEB  WITHDRAWAL-Fee                                       -5.00
   19FEB ODH Multi-Use Fee. YTD Count: 11. 1 @ $5.00
22FEB  WITHDRAWAL-Fee                                      -15.00
   22FEB Negative Account Fee. Count: 15. 1 @ $15.00
21FEB* DEPOSIT                                             100.00
   3405_ENTERPRISE RENT-A-CAR ENTERPRISE RENT-A- INDIANAPOLIS
   INUS  Trace #741559
27FEB  WITHDRAWAL-Fee                                      -20.00
   27FEB Negative Account Fee. Count: 20. 1 @ $20.00
```

Drafts

| ITEM | AMOUNT | DATE | ITEM | AMOUNT | DATE |
|---|---|---|---|---|---|
| 238 | 39.03 | 07FEB | 239 | 569.00 | 08FEB |

(* next to number indicates skipped numbers)

20 Withdrawals = 1222.54   6 Deposits = 1380.84   2 Checks Cleared
Your new balance on 28FEB11................................$ -861.28

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Item Fees | 195.00 | 416.00 |
| Total Overdraft Protection Transfer Fees | 0.00 | 0.00 |
| Total Return Item Fees | 34.00 | 34.00 |

Dividends Paid To You In 2011 On Suffix 2    $ 0.00

Your Financial Summary
Your total CHECKING balances..............................$ -861.28
Your total SAVINGS balances...............................$ 5.01

YTD Tax Summary
YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS as interest for this calendar year)..$ 0.00

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

**FORUM CREDIT UNION**
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| [redacted] | 1 |

| 01MAR11 | 31MAR11 |
|---|---|
| FROM | TO |
| STATEMENT PERIOD | |

18 E-STMT

Effective Feb. 1, 2011, we changed the payment order of checks from dollar amount order to sequential check number order from lowest to the highest.

THERESA NELSON
INDIANAPOLIS IN

SHARE SAVINGS Suffix 0
Your balance at the beginning of the period................$ 5.00
Your new balance on 31MAR11...............................$ 5.00
Dividends Paid To You In 2011 On Suffix 0 $ 0.00

==========================================================================

SANTA SAVINGS Suffix 1
Your balance at the beginning of the period................$ 0.01
03MAR DEPOSIT 10.00 = 10.01
CU Online Transaction Trace #5313412919
Transfer "STS" 10.00 from account ****190 share 0

Your new balance on 31MAR11...............................$ 10.01
Dividends Paid To You In 2011 On Suffix 1 $ 0.00

==========================================================================

INT REW CHECKING Suffix 2
No. 2082304. Balance at the beginning of the period........$ -861.28
Additions and miscellaneous withdrawals:

01MAR WITHDRAWAL-ACH-A-DEBIT -25.00
FINGERHUT DIRECT (FINGERHUT)
01MAR WITHDRAWAL O/D PRIV FEE, 34.00 -34.00
01MAR Even though funds were not available in this account at the time this item was presented, as a courtesy to you, FORUM paid the item in the amount of 25.00.
01MAR WITHDRAWAL-Fee -5.00
01MAR ODH Multi-Use Fee. YTD Count: 12. 1 @ $5.00
03MAR DEPOSIT 700.00
CU Online Transaction Trace #5313392971
Transfer "STD" 700.00 from account ****190 share 0
07MAR DEPOSIT 100.00
CU Online Transaction Trace #5701221733
Transfer "STD" 100.00 from account ****190 share 0
07MAR DEPOSIT 140.00
FORUM CU 8201 E. WASHINGTON INDIANAPOLIS INUS Trace #5697
08MAR WITHDRAWAL O/D PRIV FEE, 34.00 -34.00
08MAR Even though funds were not available in this account at the time this item was presented, as a courtesy to you, FORUM paid the item in the amount of 569.00.
08MAR WITHDRAWAL-Fee -5.00
08MAR ODH Multi-Use Fee. YTD Count: 13. 1 @ $5.00
13MAR WITHDRAWAL-Fee -5.00
13MAR Negative Account Fee. Count: 5. 1 @ $5.00
14MAR WITHDRAWAL-ACH-A-DEBIT -25.00
FINGERHUT DIRECT (FINGERHUT)
14MAR WITHDRAWAL O/D PRIV FEE, 34.00 -34.00
14MAR Even though funds were not available in this account at the time this item was presented, as a courtesy to you, FORUM paid the item in the amount of 25.00.
14MAR WITHDRAWAL-Fee -5.00
14MAR ODH Multi-Use Fee. YTD Count: 14. 1 @ $5.00
18MAR WITHDRAWAL-Fee -10.00
18MAR Negative Account Fee. Count: 10. 1 @ $10.00
21MAR DEPOSIT-CASH 345.00
21MAR* WITHDRAWAL -197.70
3405_ENTERPRISE RENT-A-CAR ENTERPRISE RENT-A- INDIANAPOLIS INUS Trace #255403
21MAR* WITHDRAWAL O/D PRIV FEE, 34.00 -34.00
22MAR Even though funds were not available in this account at the time this item was presented, as a courtesy to you, FORUM paid the item in the amount of 197.70.

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

** Continued on page 2. Financial and Tax Summary on last page **

**FORUM CREDIT UNION**
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| [redacted] | 2 |
| 01MAR11 | 31MAR11 |
| FROM | TO |

STATEMENT PERIOD

THERESA NELSON
INDIANAPOLIS IN

```
22MAR   WITHDRAWAL-Fee                                                    -5.00
  22MAR ODH Multi-Use Fee. YTD Count: 15. 1 @ $5.00
23MAR   WITHDRAWAL-Fee                                                   -15.00
  23MAR Negative Account Fee. Count: 15. 1 @ $15.00
25MAR   DEPOSIT                                                          170.00
  CU Online Transaction  Trace #7512233231
  Transfer "STD" 170.00 from account ****190 share 0
25MAR   DEPOSIT                                                          300.00
25MAR*  WITHDRAWAL                                                      -193.12
  3405_ENTERPRISE REN INDIANAPOLIS INUS  Trace #732239
25MAR*  WITHDRAWAL O/D PRIV FEE, 34.00                                   -34.00
  26MAR Even though funds were not available in this account
        at the time this item was presented, as a courtesy to
        you, FORUM paid the item in the amount of 193.12.
26MAR   WITHDRAWAL-Fee                                                    -5.00
  26MAR ODH Multi-Use Fee. YTD Count: 16. 1 @ $5.00
28MAR   WITHDRAWAL-Fee                                                   -20.00
  28MAR Negative Account Fee. Count: 20. 1 @ $20.00
29MAR   WITHDRAWAL-ACH-A-DEBIT                                           -25.00
  FINGERHUT DIRECT (FINGERHUT)
29MAR   WITHDRAWAL O/D PRIV FEE, 34.00                                   -34.00
  29MAR Even though funds were not available in this account
        at the time this item was presented, as a courtesy to
        you, FORUM paid the item in the amount of 25.00.
29MAR   WITHDRAWAL-Fee                                                    -5.00
  29MAR ODH Multi-Use Fee. YTD Count: 17. 1 @ $5.00

Drafts        ITEM------AMOUNT---DATE----------ITEM------AMOUNT----DATE
               240      569.00   08MAR
                 (* next to number indicates skipped numbers)

             22 Withdrawals = 1318.82  6 Deposits = 1755.00  1 Checks Cleared
             Your new balance on 31MAR11..................................$     -425.10
```

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Item Fees | 234.00 | 650.00 |
| Total Overdraft Protection Transfer Fees | 0.00 | 0.00 |
| Total Return Item Fees | 0.00 | 34.00 |

Dividends Paid To You In 2011 On Suffix 2 $ 0.00

```
Your          Your total CHECKING balances...........................$     -425.10
Financial     Your total SAVINGS balances............................$      15.01
Summary

YTD Tax       YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Summary       Total non-IRA dividends earned
              (May be reported to IRS as interest for this calendar year)..$      0.00
```

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

FORUM CREDIT UNION
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

FORUM CREDIT UNION

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| [redacted] | 1 |
| 01APR11 | 30APR11 |
| FROM | TO |
| STATEMENT PERIOD | |

18 E-STMT

THERESA NELSON
[redacted]
INDIANAPOLIS IN [redacted]

Is it time to remodel your kitchen, build a deck, or finish the basement? FORUM offers the right tool to help you get the job done - a low rate Home Equity Loan. Call 317.558.6100 or visit www.ForumCU.com!

SHARE SAVINGS Suffix 0
Your balance at the beginning of the period.................$ 5.00
Your new balance on 30APR11.................................$ 5.00
Dividends Paid To You In 2011 On Suffix 0 $ 0.00

================================================================

SANTA SAVINGS Suffix 1
Your balance at the beginning of the period.................$ 10.01
Your new balance on 30APR11.................................$ 10.01
Dividends Paid To You In 2011 On Suffix 1 $ 0.00

================================================================

INT REW CHECKING Suffix 2
No. 2082304. Balance at the beginning of the period........$ -425.10
Additions and miscellaneous withdrawals:

03APR DEPOSIT 426.00
CU Online Transaction Trace #8419431940
Transfer "STD" 426.00 from account ****190 share 0

07APR WITHDRAWAL O/D PRIV FEE, 34.00 -34.00
07APR Even though funds were not available in this account at the time this item was presented, as a courtesy to you, FORUM paid the item in the amount of 569.00.

07APR WITHDRAWAL-Fee -5.00
07APR ODH Multi-Use Fee. YTD Count: 18. 1 @ $5.00

12APR WITHDRAWAL-Fee -5.00
12APR Negative Account Fee. Count: 5. 1 @ $5.00

12APR WITHDRAWAL-ACH-A-DEBIT -25.00
FINGERHUT DIRECT (FINGERHUT)

12APR WITHDRAWAL O/D PRIV FEE, 34.00 -34.00
12APR Even though funds were not available in this account at the time this item was presented, as a courtesy to you, FORUM paid the item in the amount of 25.00.

10APR* WITHDRAWAL -220.00
7999_ZUMBA FITNESS HOLLYWOOD FLUS Trace #788847

10APR* WITHDRAWAL O/D PRIV FEE, 34.00 -34.00
12APR Even though funds were not available in this account at the time this item was presented, as a courtesy to you, FORUM paid the item in the amount of 220.00.

12APR WITHDRAWAL-Fee -5.00
12APR ODH Multi-Use Fee. YTD Count: 19. 1 @ $5.00

12APR WITHDRAWAL-Fee -5.00
12APR ODH Multi-Use Fee. YTD Count: 20. 1 @ $5.00

13APR DEPOSIT 10.00
CU Online Transaction Trace #9412355431
Transfer "STD" 10.00 from account ****190 share 0

17APR WITHDRAWAL-Fee -10.00
17APR Negative Account Fee. Count: 10. 1 @ $10.00

22APR WITHDRAWAL-Fee -15.00
22APR Negative Account Fee. Count: 15. 1 @ $15.00

27APR WITHDRAWAL-Fee -20.00
27APR Negative Account Fee. Count: 20. 1 @ $20.00

27APR WITHDRAWAL-ACH-A-DEBIT -25.00
FINGERHUT DIRECT (FINGERHUT)

27APR WITHDRAWAL O/D PRIV FEE, 34.00 -34.00
27APR Even though funds were not available in this account at the time this item was presented, as a courtesy to you, FORUM paid the item in the amount of 25.00.

27APR WITHDRAWAL-Fee -5.00
27APR ODH Multi-Use Fee. YTD Count: 21. 1 @ $5.00

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

** Continued on page 2. Financial and Tax Summary on last page **

FORUM CREDIT UNION
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

FORUM CREDIT UNION

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| | 2 |
| 01APR11 | 30APR11 |
| FROM | TO |
| STATEMENT PERIOD | |

THERESA NELSON
INDIANAPOLIS IN

Drafts

| ITEM | AMOUNT | DATE | ITEM | AMOUNT | DATE |
|---|---|---|---|---|---|
| 242 | 569.00 | 07APR | | | |

(* next to number indicates skipped numbers)

16 Withdrawals = 1045.00 2 Deposits = 436.00 1 Checks Cleared
Your new balance on 30APR11..................................$ -1034.10

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Item Fees | 156.00 | 806.00 |
| Total Overdraft Protection Transfer Fees | 0.00 | 0.00 |
| Total Return Item Fees | 0.00 | 34.00 |

Dividends Paid To You In 2011 On Suffix 2 $ 0.00

Your Financial Summary
Your total CHECKING balances..............................$ -1,034.10
Your total SAVINGS balances...............................$ 15.01

YTD Tax Summary
YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS as interest for this calendar year)..$ 0.00

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

FORUM CREDIT UNION
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

FORUM CREDIT UNION

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| | 1 |

| 01MAY11 | 31MAY11 |
|---|---|
| FROM | TO |
| STATEMENT PERIOD | |

18 E-STMT

Are you 16 to 24 years old?
Be entered to win one of 13 prizes when you open a FREE Student Checking Account between May 15 and August 31, 2011! Visit www.ForumCU.com for details!

THERESA NELSON
INDIANAPOLIS IN

```
SHARE        Your balance at the beginning of the period.................$          5.00
SAVINGS      Your new balance on 31MAY11.................................$          5.00
Suffix 0     Dividends Paid To You In 2011 On Suffix 0        $       0.00
=====================================================================================
SANTA        Your balance at the beginning of the period.................$         10.01
SAVINGS      Your new balance on 31MAY11.................................$         10.01
Suffix 1     Dividends Paid To You In 2011 On Suffix 1        $       0.00
=====================================================================================
INT REW      No. 2082304.  Balance at the beginning of the period........$      -1034.10
CHECKING     Additions and miscellaneous withdrawals:
Suffix 2      03MAY   DEPOSIT                                       600.00
                CU Online Transaction   Trace #1409284999
                Transfer "STD" 600.00 from account ****190 share 0
              05MAY   DEPOSIT                                       100.00
                CU Online Transaction   Trace #1612563483
                Transfer "STD" 100.00 from account ****190 share 0
              05MAY   DEPOSIT                                        34.50
                CU Online Transaction   Trace #1612582112
                Transfer "STD" 34.50 from account ****190 share 0
              05MAY   DEPOSIT                                       300.00
              09MAY   WITHDRAWAL O/D PRIV FEE, 34.00                -34.00
                09MAY Even though funds were not available in this account
                      at the time this item was presented, as a courtesy to
                      you, FORUM paid the item in the amount of 569.00.
              09MAY   WITHDRAWAL-Fee                                 -5.00
                09MAY ODH Multi-Use Fee. YTD Count: 22. 1 @ $5.00
              12MAY   WITHDRAWAL-ACH-A-DEBIT                        -25.00
                FINGERHUT DIRECT (FINGERHUT)
              12MAY   WITHDRAWAL O/D PRIV FEE, 34.00                -34.00
                12MAY Even though funds were not available in this account
                      at the time this item was presented, as a courtesy to
                      you, FORUM paid the item in the amount of 25.00.
              12MAY   WITHDRAWAL-Fee                                 -5.00
                12MAY ODH Multi-Use Fee. YTD Count: 23. 1 @ $5.00
              14MAY   WITHDRAWAL-Fee                                 -5.00
                14MAY Negative Account Fee. Count: 5. 1 @ $5.00
              14MAY*  WITHDRAWAL                                   -213.98
                7394_AARONS ONLINE PAYMENT AARONS ONLINE PAYM 800-9507368
                GAUS  Trace #522313
              14MAY*  WITHDRAWAL O/D PRIV FEE, 34.00                -34.00
                16MAY Even though funds were not available in this account
                      at the time this item was presented, as a courtesy to
                      you, FORUM paid the item in the amount of 213.98.
              16MAY   WITHDRAWAL-Fee                                 -5.00
                16MAY ODH Multi-Use Fee. YTD Count: 24. 1 @ $5.00
              16MAY*  WITHDRAWAL                                    -17.99
                5967_FRIENDFINDER SUNNYVALE CAUS   Trace #677608
              16MAY*  WITHDRAWAL O/D PRIV FEE, 34.00                -34.00
                17MAY Even though funds were not available in this account
                      at the time this item was presented, as a courtesy to
                      you, FORUM paid the item in the amount of 17.99.
              17MAY   WITHDRAWAL-Fee                                 -5.00
                17MAY ODH Multi-Use Fee. YTD Count: 25. 1 @ $5.00
              19MAY   WITHDRAWAL-Fee                                -10.00
                19MAY Negative Account Fee. Count: 10. 1 @ $10.00
              24MAY   WITHDRAWAL-Fee                                -15.00
                24MAY Negative Account Fee. Count: 15. 1 @ $15.00
```

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

** Continued on page 2. Financial and Tax Summary on last page **

FORUM CREDIT UNION
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

FORUM CREDIT UNION

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| [redacted] | 2 |

| 01MAY11 | 31MAY11 |
|---|---|
| FROM | TO |

STATEMENT PERIOD

THERESA NELSON
[redacted]
INDIANAPOLIS IN [redacted]

27MAY WITHDRAWAL-ACH FEE(S) -34.00
27MAY WITHDRAWAL-Fee -2.00
27MAY NSF Multi-Use Fee. YTD Count: 2. 1 @ $2.00
29MAY WITHDRAWAL-Fee -20.00
29MAY Negative Account Fee. Count: 20. 1 @ $20.00

Drafts

| ITEM | AMOUNT | DATE | ITEM | AMOUNT | DATE |
|---|---|---|---|---|---|
| 241 | 569.00 | 09MAY | | | |

(* next to number indicates skipped numbers)

18 Withdrawals = 1067.97 4 Deposits = 1034.50 1 Checks Cleared
Your new balance on 31MAY11..................................$ -1067.57

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Item Fees | 156.00 | 962.00 |
| Total Overdraft Protection Transfer Fees | 0.00 | 0.00 |
| Total Return Item Fees | 36.00 | 70.00 |

Dividends Paid To You In 2011 On Suffix 2 $ 0.00

Your Financial Summary
Your total CHECKING balances.................................$ -1,067.57
Your total SAVINGS balances..................................$ 15.01

YTD Tax Summary
YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS as interest for this calendar year)..$ 0.00

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

FORUM CREDIT UNION
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

FORUM CREDIT UNION

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| [redacted] | 1 |
| 01JUN11 | 30JUN11 |
| FROM | TO |
| STATEMENT PERIOD | |

18 E-STMT

Still receiving your statements in the mail? Cut back on paper and enroll in CU Online to receive your statements electronically! Visit www.ForumCU.com.

THERESA NELSON
[redacted]
INDIANAPOLIS IN [redacted]

```
SHARE       Your balance at the beginning of the period.................$          5.00
SAVINGS      03JUN  DEPOSIT                                       600.00 =       605.00
Suffix 0       CU Online Transaction  Trace #4514120387
               Transfer "STS" 600.00 from account ****190 share 0
             03JUN  WITHDRAWAL                                   -600.00 =         5.00
               Transfer 'STS' 600.00 to acct: ****304-2

            Your new balance on 30JUN11..................................$          5.00
            Dividends Paid To You In 2011 On Suffix 0          $      0.00

================================================================================
SANTA       Your balance at the beginning of the period.................$         10.01
SAVINGS
Suffix 1    Your new balance on 30JUN11..................................$         10.01
            Dividends Paid To You In 2011 On Suffix 1          $      0.00

================================================================================
INT REW     No. 2082304.  Balance at the beginning of the period........$      -1067.57
CHECKING    Additions and miscellaneous withdrawals:
Suffix 2     03JUN  DEPOSIT                                      600.00
               Transfer 'STS' 600.00 from acct: ****304-0
             03JUN  DEPOSIT                                      350.00
             07JUN  DEPOSIT                                      120.00
               Transfer 'STS' 120.00 from acct: ****190-0
             28JUN  DEPOSIT                                      200.00
             28JUN  WITHDRAWAL O/D PRIV FEE, 34.00               -34.00
               28JUN Even though funds were not available in this account
                     at the time this item was presented, as a courtesy to
                     you, FORUM paid the item in the amount of 230.54.
             28JUN  WITHDRAWAL O/D PRIV FEE, 34.00               -34.00
               28JUN Even though funds were not available in this account
                     at the time this item was presented, as a courtesy to
                     you, FORUM paid the item in the amount of 130.32.
             28JUN  WITHDRAWAL-Fee                                -5.00
               28JUN ODH Multi-Use Fee. YTD Count: 26. 1 @ $5.00
             28JUN  WITHDRAWAL-Fee                                -5.00
               28JUN ODH Multi-Use Fee. YTD Count: 27. 1 @ $5.00

Drafts        ITEM------AMOUNT----DATE----------ITEM------AMOUNT----DATE
               245        230.54    28JUN          246      130.32    28JUN
                 (* next to number indicates skipped numbers)

            6 Withdrawals = 438.86   4 Deposits = 1270.00   2 Checks Cleared
            Your new balance on 30JUN11..................................$       -236.43
```

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Item Fees | 78.00 | 1040.00 |
| Total Overdraft Protection Transfer Fees | 0.00 | 0.00 |
| Total Return Item Fees | 0.00 | 70.00 |

Dividends Paid To You In 2011 On Suffix 2 $ 0.00

================================================================================

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

** Continued on page 2. Financial and Tax Summary on last page **

FORUM CREDIT UNION
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

FORUM CREDIT UNION

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| [redacted] | 2 |

| FROM | TO |
|---|---|
| 01JUN11 | 30JUN11 |

STATEMENT PERIOD

THERESA NELSON
[redacted]
INDIANAPOLIS IN [redacted]

| | | |
|---|---|---|
| Your Financial Summary | Your total CHECKING balances..................................$ | -236.43 |
| | Your total SAVINGS balances...................................$ | 15.01 |
| YTD Tax Summary | YEAR-TO-DATE INFORMATION FOR TAX PURPOSES: | |
| | Total non-IRA dividends earned | |
| | (May be reported to IRS as interest for this calendar year)..$ | 0.00 |

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

**FORUM CREDIT UNION**
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

FORUM
CREDIT UNION

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P.O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| [redacted] | 1 |

| 01JUL11 | 31JUL11 |
|---|---|
| FROM | TO |
| STATEMENT PERIOD | |

18 E-STMT

Please Note: The next day availability of check deposits has increased from $100 to $200.

THERESA NELSON [redacted]
INDIANAPOLIS IN [redacted]

SHARE SAVINGS Suffix 0
Your balance at the beginning of the period..................$ 5.00
Your new balance on 31JUL11..................................$ 5.00
Dividends Paid To You In 2011 On Suffix 0 $ 0.00

================================================================================

SANTA SAVINGS Suffix 1
Your balance at the beginning of the period..................$ 10.01
18JUL DEPOSIT 88.00 = 98.01
18JUL WITHDRAWAL -88.00 = 10.01
Transfer 'STS' 88.00 to acct: ****304-2
Your new balance on 31JUL11..................................$ 10.01
Dividends Paid To You In 2011 On Suffix 1 $ 0.00

================================================================================

INT REW CHECKING Suffix 2
No. 2082304. Balance at the beginning of the period........$ -236.43
Additions and miscellaneous withdrawals:

03JUL WITHDRAWAL-Fee -5.00
03JUL Negative Account Fee. Count: 5. 1 @ $5.00
04JUL DEPOSIT 100.00
CU Online Transaction Trace #7607532996
Transfer "STD" 100.00 from account ****190 share 0
08JUL WITHDRAWAL-Fee -10.00
08JUL Negative Account Fee. Count: 10. 1 @ $10.00
13JUL WITHDRAWAL-Fee -15.00
13JUL Negative Account Fee. Count: 15. 1 @ $15.00
14JUL DEPOSIT 99.64
CU Online Transaction Trace #8618571689
Transfer "STD" 99.64 from account ****190 share 0
18JUL WITHDRAWAL-Fee -20.00
18JUL Negative Account Fee. Count: 20. 1 @ $20.00
18JUL DEPOSIT 88.00
Transfer 'STS' 88.00 from acct: ****304-1
22JUL WITHDRAWAL-ACH-A-CASH -428.75
A-1 CASH KEYSTON (A1CASH THU)
22JUL WITHDRAWAL O/D PRIV FEE, 34.00 -34.00
22JUL Even though funds were not available in this account at the time this item was presented, as a courtesy to you, FORUM paid the item in the amount of 428.75.
22JUL WITHDRAWAL-Fee -5.00
22JUL ODH Multi-Use Fee. YTD Count: 28. 1 @ $5.00
27JUL WITHDRAWAL-Fee -5.00
27JUL Negative Account Fee. Count: 5. 1 @ $5.00

8 Withdrawals = 522.75 3 Deposits = 287.64 0 Checks Cleared
Your new balance on 31JUL11..................................$ -471.54

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Item Fees | 39.00 | 1079.00 |
| Total Overdraft Protection Transfer Fees | 0.00 | 0.00 |
| Total Return Item Fees | 0.00 | 70.00 |

Dividends Paid To You In 2011 On Suffix 2 $ 0.00

================================================================================

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

** Continued on page 2. Financial and Tax Summary on last page **

FORUM CREDIT UNION
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

FORUM
CREDIT UNION

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| [redacted] | 2 |

| FROM | TO |
|---|---|
| 01JUL11 | 31JUL11 |

STATEMENT PERIOD

THERESA NELSON
INDIANAPOLIS IN

| | | |
|---|---|---|
| Your Financial Summary | Your total CHECKING balances................................$ | -471.54 |
| | Your total SAVINGS balances.................................$ | 15.01 |
| YTD Tax Summary | YEAR-TO-DATE INFORMATION FOR TAX PURPOSES: | |
| | Total non-IRA dividends earned (May be reported to IRS as interest for this calendar year)..$ | 0.00 |

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

FORUM CREDIT UNION
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

FORUM CREDIT UNION

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| [redacted] | 1 |

18 E-STMT

| FROM | TO |
|---|---|
| 01AUG11 | 31AUG11 |

STATEMENT PERIOD

NEW! Deposit checks to your FORUM Account using your mobile device! Visit www.ForumCU.com for details.

THERESA NELSON
INDIANAPOLIS IN

```
SHARE        Your balance at the beginning of the period.................$          5.00
SAVINGS      Your new balance on 31AUG11.................................$          5.00
Suffix 0     Dividends Paid To You In 2011 On Suffix 0         $      0.00
==================================================================================
SANTA        Your balance at the beginning of the period.................$         10.01
SAVINGS      Your new balance on 31AUG11.................................$         10.01
Suffix 1     Dividends Paid To You In 2011 On Suffix 1         $      0.00
==================================================================================
OVERDRAFT    Your balance at the beginning of the period.................$          0.00
HONOR        Your new balance on 31AUG11.................................$          0.00
Suffix 8     Dividends Paid To You In 2011 On Suffix 8         $      0.00
==================================================================================
INT REW      No. 2082304.  Balance at the beginning of the period........$       -471.54
CHECKING     Additions and miscellaneous withdrawals:
Suffix 2       01AUG    WITHDRAWAL-Fee                                 -10.00
                 01AUG Negative Account Fee. Count: 10. 1 @ $10.00
               02AUG    WITHDRAWAL O/D PRIV FEE, 34.00                 -34.00
                 02AUG Even though funds were not available in this account
                        at the time this item was presented, as a courtesy to
                        you, FORUM paid the item in the amount of 235.00.
               02AUG    WITHDRAWAL-Fee                                  -5.00
                 02AUG ODH Multi-Use Fee. YTD Count: 29. 1 @ $5.00
               06AUG    WITHDRAWAL-Fee                                 -15.00
                 06AUG Negative Account Fee. Count: 15. 1 @ $15.00
               11AUG    WITHDRAWAL-Fee                                 -20.00
                 11AUG Negative Account Fee. Count: 20. 1 @ $20.00
               12AUG    DEPOSIT                                        164.00
                 CU Online Transaction   Trace #1516590364
                 Transfer "STD" 164.00 from account ****190 share 0
               12AUG    WITHDRAWAL                                    -286.78
                 4814_ATT BILL PAYMENT DALLAS TXUS   Trace #20571520
               12AUG    WITHDRAWAL O/D PRIV FEE, 34.00                 -34.00
                 12AUG Even though funds were not available in this account
                        at the time this item was presented, as a courtesy to
                        you, FORUM paid the item in the amount of 286.78.
               12AUG    WITHDRAWAL-Fee                                  -5.00
                 12AUG ODH Multi-Use Fee. YTD Count: 30. 1 @ $5.00

Drafts           ITEM------AMOUNT---DATE---------ITEM------AMOUNT---DATE
                  247        235.00    02AUG
                    (* next to number indicates skipped numbers)

             9 Withdrawals = 644.78  1 Deposits = 164.00  1 Checks Cleared
             Your new balance on 31AUG11.................................$       -952.32
```

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Item Fees | 78.00 | 1157.00 |
| Total Overdraft Protection Transfer Fees | 0.00 | 0.00 |
| Total Return Item Fees | 0.00 | 70.00 |

Dividends Paid To You In 2011 On Suffix 2 $ 0.00

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.

** Continued on page 2. Financial and Tax Summary on last page **

FORUM CREDIT UNION
P.O. BOX 50738
INDIANAPOLIS, IN 46250

317-558-6299
800-382-5414

FORUM CREDIT UNION

SEND ALL INQUIRIES TO:
INTERNAL AUDITING DEPARTMENT
FORUM CREDIT UNION
P. O. BOX 480
FISHERS, IN 46038-0480

| ACCOUNT NUMBER | PAGE |
|---|---|
| [redacted] | 2 |

| 01AUG11 | 31AUG11 |
|---|---|
| FROM | TO |
| STATEMENT PERIOD | |

THERESA NELSON
[redacted]
INDIANAPOLIS IN [redacted]

| | | |
|---|---|---|
| Your Financial Summary | Your total CHECKING balances..................................$ | -952.32 |
| | Your total SAVINGS balances...................................$ | 15.01 |
| YTD Tax Summary | YEAR-TO-DATE INFORMATION FOR TAX PURPOSES: Total non-IRA dividends earned (May be reported to IRS as interest for this calendar year)..$ | 0.00 |

MEMBER STATEMENT OF ACCOUNT

* ASTERISK NEXT TO TRANSACTION DATE INDICATES THE DATE SHOWN IS THE EFFECTIVE DATE AND NOT THE TRANSACTION DATE.